## G. W. GRAY's ADMX. *v.* J. F. CLARKSON's EXR. et al.

**Jurisdiction of Circuit Court — Amount.**

Where the debt after adding interest and deducting credits was less than $50 at the time the action was begun, the Circuit Court was without jurisdiction.

### APPEAL FROM MEADE CIRCUIT COURT.

September 27, 1866.

OPINION OF THE COURT BY JUDGE PETERS:

It is manifest from a careful figuring up of principal and interest and deducting credits that the amount due on the note sued on when the action was commenced was less than $50.

And, therefore, under *section 29, Civil Code,* as the matter in controversy at the commencement of the action did not exceed $50 the Circuit Court did not have jurisdiction, and the demurrer to the petition should have been sustained for that cause.

Wherefore, the judgment is reversed, and the cause remanded, with directions to sustain the demurrer to the petition, and for further proceedings consistent herewith.